IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 1:15CR39 |
| v. | ) |
| | ) |
| MILTON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Motion for leave of absence having been filed by counsel Hank Crane and counsel having shown no proceedings scheduled for this case during the time period sought for leave, it is hereby ORDERED that counsel's request for leave is HEREBY GRANTED for the period of Friday, October 23, 2015 through and including Tuesday, October 27, 2015.

SO ORDERED this ____ day of September, 2015, at Augusta, Georgia.

HON. DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT