UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>LEAVE OF ABSENCE REQUEST FOR<br>LAMONT A. BELK<br>DEC. 28, 2015 – JAN. 4, 2016 | ) ) ) ) ) ) | Case Nos.:<br>CR 112-176, U.S. v. M. Carter<br>CR 115-039, U.S. v. M. Williams<br>CR 115-089, U.S. v. C. Bonner<br>CV 115-157, Grant v. U.S. |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: December 28, 2015, through January 4, 2016, for travel outside of the country; the same is hereby GRANTED.

This _____ day of _October_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA